IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN ROSS                                                                                    PETITIONER

V.                                                                                    NO. 4:11CV143-WAP-DAS

EMMITT SPARKMAN                                                                          RESPONDENT

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion, the petition for writ of habeas corpus is **DISMISSED** without prejudice.  The case is **CLOSED**.

SO ORDERED this the 12th day of January, 2012.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE